No. 76–463.  STERNS, TRUSTEE IN BANKRUPTCY *v.* PRINCETON BANK & TRUST CO.  C. A. 3d Cir.  Certiorari denied. MR. JUSTICE BRENNAN took no part in the consideration or decision of this petition.

No. 76–509.  SINGER CO. *v.* PERMA RESEARCH & DEVELOPMENT CO.  C. A. 2d Cir.  Motion of SCM Corp. for leave to file a brief as *amicus curiae* and certiorari denied.

No. 75–1450.  DEPARTMENT OF SOCIAL SERVICES OF IOWA ET AL. *v.* WEST HEIGHT MANOR, INC.; and BURNS, COMMISSIONER, DEPARTMENT OF SOCIAL SERVICES OF IOWA, ET AL. *v.* HUTCHISON NURSING HOME, INC., ET AL., *ante,* p. 884;

No. 75–1451.  SMITH *v.* UNITED STATES, *ante,* p. 817;

No. 75–1487.  EVANS ET AL. *v.* UNITED STATES, *ante,* p. 818;

No. 75–1505.  A. W. THOMPSON, INC. *v.* NATIONAL LABOR RELATIONS BOARD, *ante,* p. 818;

No. 75–1506.  HONDO DRILLING CO. *v.* NATIONAL LABOR RELATIONS BOARD, *ante,* p. 818;

No. 75–1581.  LEEMON *v.* ILLINOIS, *ante,* p. 804;

No. 75–1598.  GLOBAL MARINE DEVELOPMENT OF CALIFORNIA, INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL., *ante,* p. 821;

No. 75–1621.  SLOVAK *v.* ADMINISTRATOR, FEDERAL AVIATION ADMINISTRATION, *ante,* p. 868;

No. 75–1667.  UNITED STATES *v.* POMPONIO ET AL., *ante,* p. 10;

No. 75–1743.  DOYLE ET AL. *v.* SHEEHAN, *ante,* p. 870;

No. 75–1815.  GABRIEL *v.* UNITED STATES ET AL., *ante,* p. 877; and

No. 75–1825.  LITTRELL *v.* UNITED STATES, *ante,* p. 831. Petitions for rehearing denied.